UNITED STATES OF AMERICA
                      EASTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,
      Plaintiff                                    Case No. 08-12618
                                                   Hon. Robert H. Cleland
-v-

DEBORAH L. RAINEY AKA DEBORAH DIXON,
      Defendant

_____


**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**
_____

      The plaintiff has filed a petition for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant. The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

      Accordingly, it is ORDERED that the plaintiff's petition for order permitting substitute service of process [dkt # 3] is GRANTED.

      It is ORDERED that the plaintiff may serve the defendant, DEBORAH L. RAINEY AKA DEBORAH DIXON, with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at: 20201 Plymouth, Apt. 1404, Detroit, Michigan 48228;

(B) Mailing a copy of the same by certified mail (return receipt requested) to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence noted above

The plaintiff shall file a certificate confirming service as provided herein.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: September 9, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 9, 2008, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522